UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Shunda R. Allen,                               Civil File No. 08-cv-00132

    Plaintiff,

v.                                                               ORDER

TelCollect, Inc.,

    Defendant.

---

### ORDER FOR DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: March 26, 2008       _Barbara B. Crabb_
                                      Judge of United States District Court

Judgment entered this 28th day of March, 2008.

_Theresa M. Owens_
THERESA M. OWENS, CLERK U.S. DISTRICT COURT